IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

                                                   *       CASE NO. 08-06013 GAC

RUBEN MONSANTO ORTIZ
MAILYN MUNTANER PEREZ

                                                   *       CHAPTER 13

Debtors

\*    \*    \*    \*    \*    \*    \*

## MOTION TO DISMISS

TO THE HONORABLE COURT:

       Now comes secured creditor Coop. A/C Oriental, by his undersigned attorney and respectfully alleges:

       1. Debtors filed this bankruptcy petition on September 12, 2008, and relief was granted and plan was confirmed on December 8, 2008.

       2. Debtors are in arrears in their payments to the Trustee for the amount of $1,100.00. (See attached)

       3. Debtors are also in arrears in their direct payments to herein creditor as per confirmed plan in the amount of $1,297.19 dollars. (See attached)

       4. There have been unreasonable delay on the part of the debtors that is prejudicial to creditor (11 U.S.C. Sec. 1307(c)(1)) and 1307(6), wherefore this case should be dismissed.

       WHEREFORE appearing secured creditor prays this Honorable Court dismiss this case, pursuant to 11 U.S.C. 1307(c)(1) and 1307(6).

## NOTICE

       30 DAYS NOTICE: Pursuant to General Order No. 05-09, the Debtor(s), his/her/their counsel of record, and all those parties in interest who have filed a notice of appearance in this case, are hereby notified that unless a party in interest files an objection hereto within 30 days from the date of this notice, the case may be dismissed or converted

without the need of further notice or hearing.

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Roberto Figueroa Carrasquillo, Esq., e.mail:rfigueroa@prtc.net; Alejandro Oliveras, Chapter 13 Trustee, e.mail: aorecf@ch13sju.com; Monsita Lecaroz Arribas, U.S. Trustee, e.mail: ustpregion21.hr.ecf@usdoj.gov and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Rubén Monsanto Ortiz, Mailyn Muntaner Pérez, P.O. Box 3531, Juncos, P.R. 00777.

In San Juan, Puerto Rico, this 4th day of January of 2011.

s/ Luis Fred Salgado
LUIS FRED SALGADO, Esq. (117003)
PMB 15
267 Calle Sierra Morena
San Juan, P.R. 00926-5636
Phone: (787) 273-0635
e.mail: luisfredsalgado@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: * CASE NO. 08-06013 GAC

RUBEN MONSANTO ORTIZ
MAILYN MUNTANER PEREZ * CHAPTER 13

Debtor
* * * * * * *

## SWORN STATEMENT IN COMPLIANCE WITH SERVICEMEMBERS CIVIL RELIEF ACT OF 2003

I, Rosaura López, of legal age, Collection Supervisor, and resident of Humacao, Puerto Rico, hereby STATES:

That as to this date January 4, 2011, by a search and review of the records kept by Coop. A/C Oriental, in the regular course of business in regard to debtor account with this creditor there is no information that will lead the undersign to belief that debtor is a regular service member either on active duty or under a call to active duty, in the National Guard or as a Commission Officer of the Public Health Services or the National Oceanic and Atmospheric Administration (NOAA) in active duty.

The creditor has not received any written notice from debtor that his military status has change as to this date. That as part of my search I examined the documents and records available to me within our computer system.

IN TESTIMONY WHEREOF I SIGN THESE PRESENTS under penalty of perjury, in Humacao, Puerto Rico, this 4th day of January of 2011.

/S/Rosaura López

**COOPERATIVA ORIENTAL**
CENTRO COMERCIAL HUMACAO
CERTIFICACION
08-06013-GAC 13

Num. Caso:          ----------------------

Nombre-- ------------------------------------------------
RUBEN MONSANTO / MAILYN MUNTANER

2555

Num. De Socio: ----------------------------------------
N/A

Deudores Solidarios----------------------------------------------
N/A

----------------------------------------------------------

|  |  |
|---|---|
| Balance Adeudado | $ 9,445.89 |
| Intereses Vencidos a la fecha de Radicación | $ 215.37 |
| RECARGOS | 0.01 |
|  | $ 9,661.27 |
| Acciones: | $ - 177.95 |
| Depósitos: |  |
| TOTAL | $ 9,483.32 |

Comentario: AUTO EN QUIEBRA ATRASOS SON $ 1,297.19

01/03/11

DEPARTAMENTO DE COBROS          1/4/11
                                FECHA

**PRINT INQUIRY**     Close Window     Click Here to Print this Page

| 08-06013-BKT | RUBEN MONSANTO ORTIZ (xxx-xx-1940) | PO BOX 3531 • • JUNCOS • PR • 00777 | $250.00 MO | Bar Date(s): | 1/18/2009 (has passed) 3/11/2009 (has passed) |
|---|---|---|---|---|---|
| | MAILYN MUNTANER PEREZ (xxx-xx-5627) | | | Confirmed: | 12/8/2008 |
| | Trustee: ALEJANDRO OLIVERAS RIVERA | Attorney: R FIGUEROA CARRASQUILLO LAW OFFICE PSC* | | Case Status: | ACTIVE-INT 2 AUDIT |

### Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 10/12/2008 | 60.00 | $250.00 | MONTHLY | RUBEN MONSANTO ORTIZ | 9/16/2008 | |
| 10/12/2013 | end of plan | $0.00 | MONTHLY | RUBEN MONSANTO ORTIZ | 9/16/2008 | |

### Forgive Information

| Date | Amount | Description |
|---|---|---|

### Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 10/12/2008 | 11/11/2008 | $250.00 | $250.00 |
| 2 | 11/12/2008 | 12/11/2008 | $250.00 | $500.00 |
| 3 | 12/12/2008 | 1/11/2009 | $250.00 | $750.00 |
| 4 | 1/12/2009 | 2/11/2009 | $250.00 | $1,000.00 |
| 5 | 2/12/2009 | 3/11/2009 | $250.00 | $1,250.00 |
| 6 | 3/12/2009 | 4/11/2009 | $250.00 | $1,500.00 |
| 7 | 4/12/2009 | 5/11/2009 | $250.00 | $1,750.00 |
| 8 | 5/12/2009 | 6/11/2009 | $250.00 | $2,000.00 |
| 9 | 6/12/2009 | 7/11/2009 | $250.00 | $2,250.00 |
| 10 | 7/12/2009 | 8/11/2009 | $250.00 | $2,500.00 |
| 11 | 8/12/2009 | 9/11/2009 | $250.00 | $2,750.00 |
| 12 | 9/12/2009 | 10/11/2009 | $250.00 | $3,000.00 |
| 13 | 10/12/2009 | 11/11/2009 | $250.00 | $3,250.00 |
| 14 | 11/12/2009 | 12/11/2009 | $250.00 | $3,500.00 |
| 15 | 12/12/2009 | 1/11/2010 | $250.00 | $3,750.00 |
| 16 | 1/12/2010 | 2/11/2010 | $250.00 | $4,000.00 |
| 17 | 2/12/2010 | 3/11/2010 | $250.00 | $4,250.00 |
| 18 | 3/12/2010 | 4/11/2010 | $250.00 | $4,500.00 |
| 19 | 4/12/2010 | 5/11/2010 | $250.00 | $4,750.00 |
| 20 | 5/12/2010 | 6/11/2010 | $250.00 | $5,000.00 |
| 21 | 6/12/2010 | 7/11/2010 | $250.00 | $5,250.00 |
| 22 | 7/12/2010 | 8/11/2010 | $250.00 | $5,500.00 |
| 23 | 8/12/2010 | 9/11/2010 | $250.00 | $5,750.00 |
| 24 | 9/12/2010 | 10/11/2010 | $250.00 | $6,000.00 |
| 25 | 10/12/2010 | 11/11/2010 | $250.00 | $6,250.00 |
| 26 | 11/12/2010 | 12/11/2010 | $250.00 | $6,500.00 |
| 27 | 12/12/2010 | 1/11/2011 | $250.00 | $6,750.00 |
| 28 | 1/12/2011 | 2/11/2011 | $250.00 | $7,000.00 |
| 29 | 2/12/2011 | 3/11/2011 | $250.00 | $7,250.00 |
| 30 | 3/12/2011 | 4/11/2011 | $250.00 | $7,500.00 |
| 31 | 4/12/2011 | 5/11/2011 | $250.00 | $7,750.00 |
| 32 | 5/12/2011 | 6/11/2011 | $250.00 | $8,000.00 |
| 33 | 6/12/2011 | 7/11/2011 | $250.00 | $8,250.00 |
| 34 | 7/12/2011 | 8/11/2011 | $250.00 | $8,500.00 |
| 35 | 8/12/2011 | 9/11/2011 | $250.00 | $8,750.00 |
| 36 | 9/12/2011 | 10/11/2011 | $250.00 | $9,000.00 |
| 37 | 10/12/2011 | 11/11/2011 | $250.00 | $9,250.00 |
| 38 | 11/12/2011 | 12/11/2011 | $250.00 | $9,500.00 |
| 39 | 12/12/2011 | 1/11/2012 | $250.00 | $9,750.00 |
| 40 | 1/12/2012 | 2/11/2012 | $250.00 | $10,000.00 |
| 41 | 2/12/2012 | 3/11/2012 | $250.00 | $10,250.00 |
| 42 | 3/12/2012 | 4/11/2012 | $250.00 | $10,500.00 |
| 43 | 4/12/2012 | 5/11/2012 | $250.00 | $10,750.00 |
| 44 | 5/12/2012 | 6/11/2012 | $250.00 | $11,000.00 |
| 45 | 6/12/2012 | 7/11/2012 | $250.00 | $11,250.00 |
| 46 | 7/12/2012 | 8/11/2012 | $250.00 | $11,500.00 |
| 47 | 8/12/2012 | 9/11/2012 | $250.00 | $11,750.00 |
| 48 | 9/12/2012 | 10/11/2012 | $250.00 | $12,000.00 |
| 49 | 10/12/2012 | 11/11/2012 | $250.00 | $12,250.00 |
| 50 | 11/12/2012 | 12/11/2012 | $250.00 | $12,500.00 |
| Total | | | | $12,500.00 |

### Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 10/12/2013 | 11/11/2013 | $0.00 | $0.00 |
| Total | | | | $0.00 |

### Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 10/2008 | $250.00 | $250.00 | | $0.00 |
| 2 | 11/2008 | $250.00 | $250.00 | | $0.00 |
| 3 | 12/2008 | $250.00 | $250.00 | | $0.00 |
| 4 | 1/2009 | $250.00 | $250.00 | | $0.00 |
| 5 | 2/2009 | $250.00 | $250.00 | | $0.00 |
| 6 | 3/2009 | $250.00 | $250.00 | | $0.00 |
| 7 | 4/2009 | $250.00 | $250.00 | | $0.00 |
| 8 | 5/2009 | $250.00 | $250.00 | | $0.00 |
| 9 | 6/2009 | $250.00 | $250.00 | | $0.00 |
| 10 | 7/2009 | $250.00 | $250.00 | | $0.00 |
| 11 | 8/2009 | $250.00 | $250.00 | | $0.00 |
| 12 | 9/2009 | $250.00 | $250.00 | | $0.00 |
| 13 | 10/2009 | $250.00 | $250.00 | | $0.00 |
| 14 | 11/2009 | $250.00 | $250.00 | | $0.00 |
| 15 | 12/2009 | $250.00 | $250.00 | | $0.00 |
| 16 | 1/2010 | $250.00 | $250.00 | | $0.00 |
| 17 | 2/2010 | $250.00 | | | $250.00 |
| 18 | 3/2010 | $250.00 | $500.00 | | $0.00 |
| 19 | 4/2010 | $250.00 | $250.00 | | $0.00 |
| 20 | 5/2010 | $250.00 | $250.00 | | $0.00 |
| 21 | 6/2010 | $250.00 | $250.00 | | $0.00 |
| 22 | 7/2010 | $250.00 | | | $250.00 |
| 23 | 8/2010 | $250.00 | | | $500.00 |
| 24 | 9/2010 | $250.00 | $150.00 | | $600.00 |

| 25 | 10/2010 | $250.00 | $250.00 | $600.00 |
| 26 | 11/2010 | $250.00 | | $850.00 |
| 27 | 12/2010 | $250.00 | | $1,100.00 |
| 28 | 1/2011 | | | $1,100.00 |

**Total Delinquent Amount: $1,100.00**



Payments Expected vs Payments Received



Total Delinquency Amount